ERIK D. EIKE      4215-0
707 Richards Street, Suite 201
Honolulu, Hawaii 96813
Tel:   (808) 537-5950
Email: eike@eikelaw.com

Attorney For Plaintiff
ALAKA`I MECHANICAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALAKA`I MECHANICAL CORPORATION, | ) ) ) | CV14-00145 HG KSC (Contract) |
| Plaintiff, | ) ) ) | **STIPULATION TO STAY PROCEEDINGS PENDING ARBITRATION; ORDER** |
| vs. | ) ) | |
| RMA LAND CONSTRUCTION, INC. – ECC (A JOINT VENTURE); RMA LAND CONSTRUCTION, INC.; and ENVIRONMENTAL CHEMICAL CORPORATION, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**STIPULATION TO STAY PROCEEDINGS
PENDING ARBITRATION; ORDER**

Plaintiff ALAKA`I MECHANICAL COPRORATION ("Alakai"), and

Defendants RMA LAND CONSTRUCTION, INC. – ECC (A JOINT VENTURE)

("RMA-ECC JV") and ENVIRONMENTAL CHEMICAL CORPORATION

1

...

("ECC"), by and through their undersigned counsel, and representing all appearing parties in this action, hereby stipulate and agree as follows:

1.  Proceedings in this action shall be stayed to permit arbitration of the claims asserted by Alakai in this action as against RMA-ECC JV and ECC. Such arbitration shall be conducted by and under the auspices of Dispute Prevention & Resolution, Inc. ("DPR") of Honolulu, Hawaii pursuant to its rules, provided that the parties agree that the arbitration hearing shall be held in Orange County, California. Alakai shall commence such arbitration by filing demand with DPR.

2.  This Court shall retain jurisdiction during the pendency of the stay to compel or enforce participation in such arbitration proceedings, for confirmation or enforcement of the Arbitration Award upon its issuance, entry of judgment based thereon, and entry of judgment with respect to Defendant RMA LAND CONSTRUCTION, INC. against which default has been entered.

3.  RMA-ECC JV and ECC's *Objection To And Appeal From The Order Denying In Part And Recommending Denial In Part Of Defendants' Motion To Compel Arbitration In California And Dismiss Judicial Proceedings, Entered October 22, 2014*, filed herein as Document 32 on November 5, 2014, and set for hearing on December 17, 2014, is hereby withdrawn.

DATED: Honolulu, Hawaii, November 14, 2014.

/s/ Erik D. Eike

_____
ERIK D. EIKE

Attorney for Plaintiff
ALAKA`I MECHANICAL
CORPORATION


/s/ Steven K.S. Chung

_____
STEVEN K.S. CHUNG
MICHAEL L. IOSUA

Attorneys for Defendants
RMA LAND CONSTRUCTION,
INC.-ECC (A JOINT VENTURE)
and ENVIRONMENTAL
CHEMICAL CORPORATION


APPROVED AND SO ORDERED:

   

Kevin S.C. Chang
United States Magistrate Judge

-------------------------------------------------------------------------------------------------
*Alakai'i Mechanical Corporation v. RMA Land Construction, Inc.-ECC (A Joint Venture), et. al*, CV 14-00145 HG KSC; Stipulation To Stay Proceedings Pending Arbitration; Order.